UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Carlos Adrian Villacis and Paola Josefina Assuero,   Case No. 14-27692-RAM
Chapter 13

    Debtors.
_____/

**SCR Capital Partners, LLC,
MOTION TO VACATE MORTGAGE
<u>MODIFICATION MEDIATION ORDER (ECF NO. 72)</u>**

COMES NOW, SCR Capital Partners, LLC (Movant), by and through its undersigned counsel, hereby files its Motion to Vacate Mortgage Modification Mediation Order (ECF No.72), and in support thereof states:

1. On August 05, 2014, Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the United States Bankruptcy Code.

2. Movant holds a security interest in the Debtor's real property located at **13874 SW 64 Street, Miami, Florida 33183**, which is more particularly described as follows:

> **LOT 3, BLOCK 26 OF KENDALE LAKES NORTH SECTION NINE, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 147, PAGE(S) 4, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

3. Movant's interest is recorded as a first mortgage lien recorded on December 26, 2002 at Book 20901, Page 2849 - 2853, in the official records of Miami-Dade County, Florida.

4. The Debtor filed a Third Amended Chapter 13 plan (ECF No. 66) on November 25, 2014 indicating the Debtor was pursuing a loan modification with the creditor.

5. On or about January 21, 2015 the Court entered an order for mortgage modification mediation. (ECF No. 72).

6. Since the entry of the mediation order, secured creditor has acted in good faith and continually communicated with the debtor's attorney to acquire the needed financial documents and set mediation for a mutually convenient time. See composite "Exhibit A".

7. On April 13, 2015, Movant filed a Notice of Debtor's Non-Compliance with Mortgage Modification Mediation Order (ECF No. 81) for failure to provide the Creditor with the financial documents necessary for review and determination of the Debtor's loan modification.

8. As of April 27, 2015 the Debtor has failed to provide financial documents, mediator preferences or a response regarding mediation scheduling.

9. Undersigned counsel for Movant has incurred attorney's fees and requests that the incurred fees will be awarded as a result of Debtor's lack of compliance with this court's order (ECF No. 72).

**WHEREFORE**, Movant respectfully requests the entry of an order: (1) Vacating the Mortgage Modification Mediation Order (ECF No. 72); (2) and for such other and further relief as the Court deems just and proper.

Dated: <u>April 27, 2015</u>     Respectfully submitted,
/s/ Leslie Rushing
Leslie Rushing, Esq.
Florida Bar No. 98106
Leslie.rushing@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, PA
1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401
Telephone: (561) 686-1880 x 1311
Fax: (561) 686-1886
Attorney for MBank

**CERTIFICATE OF SERVICE**

      I certify that I have caused to be served a copy of the foregoing Motion to Vacate Mortgage Modification Mediation Order, by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: April 27, 2015             /s/ Leslie Rushing
                                         Leslie Rushing, Esq.
                                           Florida Bar No. 98106

Copies Furnished To:

By CM/ECF Receipt:

Michael A. Frank, Esq.
Attorney to Debtor
10 NW LeJeune Rd #620
Miami, FL 33126
pleadings@bkclawmiami.com

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By First Class Mail:

Carlos Adrian Villacis
1760 SE 18 Terrace
Homestead, FL 33035

Paola Josefina Assuero
1760 SE 18 Terrace
Homestead, FL 33035

# Hugo E. San Martin

**From:** Michael Linde <mlinde@bkclawmiami.com>
**Sent:** Tuesday, February 24, 2015 10:30 AM
**To:** Hugo E. San Martin
**Subject:** RE: Villacis

Mr. Frank is due back after 2 weeks tomorrow and I will see him briefly, please allow thru end of the week to comply

thank you

**From:** Hugo E. San Martin [mailto:hugo.sanmartin@qpwblaw.com]
**Sent:** Tuesday, February 24, 2015 10:10 AM
**To:** Michael Linde
**Cc:** Hugo E. San Martin
**Subject:** RE: Villacis

Good Morning,

Could you please provide a status as to the request below.

Thank you.

**From:** Michael Linde [mailto:mlinde@bkclawmiami.com]
**Sent:** Wednesday, February 11, 2015 4:32 PM
**To:** Hugo E. San Martin
**Subject:** RE: Villacis


we are working on this but unavailable until next week

**From:** Hugo E. San Martin [mailto:hugo.sanmartin@qpwblaw.com]
**Sent:** Wednesday, February 11, 2015 4:01 PM
**To:** Michael Linde
**Cc:** mail@bkclawmiami.com
**Subject:** RE: Villacis

Could you please provide access to the Servicer (MBank) in order to begin communications with all parties in the Portal.

Thank you.

**From:** Michael Linde [mailto:mlinde@bkclawmiami.com]
**Sent:** Monday, February 09, 2015 4:04 PM
**To:** Hugo E. San Martin
**Cc:** mail@bkclawmiami.com
**Subject:** Villacis

Has been set up on portal as you can see below

however some of the supporting documentation appears to be corrupt and irrespective is over 90 days

1

We will ask debtor to come in this Saturday as they both work and live about 1 1/2 hrs away from us to reexecute new documentation

# Borrower Accounts

Search Result for: villacis   Reset

- (0) New
- (0) Opened
- (0) Doc Review Complete
- (0) Incomplete
- (0) Decision Reported
- (0) Closed
- (0) Rejected
- (1) Saved
- (1) All
- (0) Archived

Loading...
Loading...
Loading...
Loading...
Loading...
Loading...
Loading...
Loading...

| Borrower | Loan # | Servicer Name | Days Since Submission | BK Case # | Status |
|---|---|---|---|---|---|
| Villacis, Carlos | 371124115 (1st) | BSI Financial Services, Inc. | N/A | 14-27692 | Saved |

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

# Hugo E. San Martin

| | |
|---|---|
| **From:** | Leslie Rushing |
| **Sent:** | Tuesday, February 10, 2015 4:58 PM |
| **To:** | pleadings@bkclawmiami.com |
| **Cc:** | Hugo E. San Martin |
| **Subject:** | 14-27692-RAM//Carlos Adrian Villacis |
| **Attachments:** | LMM Order.pdf |

Good afternoon,

Please assign our client MBank in the Portal for the attached order granting LMM. Thank you!

Kindest regards,

**Leslie Rushing, Esq.**
*Attorney at Law*
Quintairos, Prieto, Wood & Boyer, P.A.
Attorneys at Law
1475 Centrepark Blvd., Suite 130
West Palm Beach, Florida 33401
Telephone: (561)686-1880 Ext 1311
Facsimile:  (561)686-1886

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you received this e-mail in error, please notify us immediately by return e-mail or by telephone at (561) 686-1880 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Quintairos, Prieto, Wood & Boyer, P.A.

Miami -  Tampa -  Jacksonville - Orlando - Ft. Lauderdale - Tallahassee - Ft. Myers - West Palm Beach -  Pensacola
Louisville - Lexington - Chicago - Phoenix - Panama City - Las Vegas - U.S. Virgin Islands - Orange County, CA - Puerto Rico